UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH RODNEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No.: 3:20-CV-00269-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 23) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 23[1]) entered on December 9, 2021, recommending that the Court deny Plaintiff's motion (ECF No. 19) and grant the Commissioner's cross-motion to affirm (ECF No. 20). Rodney filed his objections (ECF No. 24) and Defendant Kijakazi filed his response to Rodney's objections (ECF No. 25).

  This action was referred to Magistrate William G. Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 23) shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Have Answers Accounted for and Case to be Heard (ECF No. 19) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close the case.

**IT IS SO ORDERED.**

Dated this 13th day of January 2022.

_____
ROBERT C. JONES
United States District Judge